

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00018-CV

MUNDEE M. HENDERSON, APPELLANT

V.

ARBELAEZ INVESTMENTS, LLC, APPELLEE

On Appeal from the County Court at Law Number 1
Tarrant County, Texas[1]
Trial Court No. 19-006983-1, Honorable Don Pierson, Presiding

March 6, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellants, Mundee M. Henderson, has filed a motion seeking voluntary dismissal of her appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the

---

[1] Pursuant to the Texas Supreme Court's docket equalization efforts, this case was transferred to this Court from the Second Court of Appeals. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

motion does not address costs, costs will be taxed against appellant.  TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam